UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-03609 AHM (CWx) | Date | January 4, 2013 |
|---|---|---|---|
| Title | DAVID ALLEN v. JP MORGAN CHASE BANK, NA et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   Having received the report of the mediation between the parties, the Court hereby extends the stay in this case so that the parties may have additional time to participate in the loan modification mediation program. Before the Court takes further action, the Court permits and directs the parties to attend the second session of mediation scheduled for February 15, 2013.

|  | : |
|---|---|
| Initials of Preparer | SMO |