**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>J P MORGAN CHASE BANK NA, et al.<br><br><br><br>　　　　Defendant(s). | CASE NO:<br>2:11–cv–03609–FMO–CW<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 60 **days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**IT IS SO ORDERED.**

DATED: January 6, 2014　　　　　　　　　　　/s/ *Fernando M. Olguin*
　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　United States District Judge